# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

142934 & (150)(153)(154)(157)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WHITESELL INTERNATIONAL
CORPORATION,
   Plaintiff/Counter-Defendant/
   Appellee, Cross-Appellant,

v

WILLIAM WHITAKER,
   Defendant/Counter-Plaintiff/
   Appellant, Cross-Appellee,
and

MRC INDUSTRIAL GROUP, INC.,
   Defendant,
and

PIERCETEK, INC.,
   Defendant/Counter-Plaintiff.

SC: 142934
COA: 287569
Wayne CC: 05-518716-CZ

_____/

   On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the January 18, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant or for order of peremptory reversal are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   ZAHRA, J., did not participate because he was on the Court of Appeals panel.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

t1114

_____
Clerk